UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civ. No. 00-485 PAM/JGL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| PETER T. WINKELS, | ) | |
| Defendant. | ) | |

This matter comes before the Court on the motion of the United States, without a hearing, for an Extension of Time for Service of the Summons. Mary Trippler, Assistant United States Attorney, appears for the United States.

Based upon the affidavit of counsel and upon all the files, records and proceedings herein,

IT IS ORDERED that plaintiff is granted an additional 120 days for service of the Summons and Complaint upon defendant.

Dated: 7/13/00

United States Magistrate-Judge

FILED 7-13-00
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK