PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 07-OCT-2004 FOR: 2000Z00077/002 PAGE: 1 OF 2

DEBTOR: Winkels, Peter T.
COURT NUMBER: 00-485 PAM/JGL PRIORITY CODE:
CURRENT LIABILITY BALANCE: $13,395.30

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | PMNT AMT | POST DATE | BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0009 | PMNT | WA | 05-FEB-2004 | GR/G | Espeland Van Service | MN /04/089 | 30624 | $22.01 | 05-FEB-2004 | $15,093.45 |
| 0010 | PMNT | WA | 19-FEB-2004 | GR/G | ESPELAND VAN SVC | MN /04/099 | 141.83 | $141.83 | 19-FEB-2004 | $14,987.33 |
| 0011 | PMNT | WA | 04-MAR-2004 | GR/G | Espeland Van Service | MN /04/109 | 30780 | $135.14 | 04-MAR-2004 | $14,887.90 |
| 0012 | PMNT | WA | 18-MAR-2004 | GR/G | Espeland Van Service | MN /04/119 | 30883 | $132.46 | 18-MAR-2004 | $14,791.15 |
| 0013 | PMNT | WA | 01-APR-2004 | GR/G | ESPELAND VAN SERVICE | MN /04/129 | 30936 | $146.43 | 01-APR-2004 | $14,680.43 |
| 0014 | PMNT | WA | 15-APR-2004 | GR/G | ESPELAND VAN SVC | MN /04/139 | 31044 | $135.50 | 15-APR-2004 | $14,580.64 |
| 0015 | PMNT | WA | 29-APR-2004 | GR/G | Espeland | MN /04/149 | 31122 | $159.92 | 29-APR-2004 | $14,456.28 |
| 0016 | PMNT | WA | 13-MAY-2004 | GR/G | ESPELAND VAN SVC | MN /04/159 | 31203 | $164.26 | 13-MAY-2004 | $14,327.27 |
| 0017 | PMNT | WA | 28-MAY-2004 | GR/G | ESPELAND VAN SVC | MN /04/169 | 31284 | $146.82 | 28-MAY-2004 | $14,217.88 |
| 0018 | PMNT | WA | 10-JUN-2004 | GR/G | ESPELAND VAN SVC | MN /04/177 | 31351 | $163.90 | 10-JUN-2004 | $14,086.17 |
| 0019 | PMNT | WA | 24-JUN-2004 | GR/G | ESPELAND VAN SVC | MN /04/186 | 31428 | $69.95 | 24-JUN-2004 | $14,050.57 |
| 0020 | PMNT | WA | 08-JUL-2004 | GR/G | Espeland Van Service | MN /04/196 | 31504 | $6.69 | 08-JUL-2004 | $14,078.14 |
| 0021 | PMNT | WA | 22-JUL-2004 | GR/G | Espeland | MN /04/208 | 31583 | $167.81 | 22-JUL-2004 | $13,944.59 |
| 0023 | PMNT | WA | 05-AUG-2004 | GR/G | Espeland Van Service | MN /04/218 | 31682 | $142.19 | 05-AUG-2004 | $13,836.41 |
| 0024 | PMNT | WA | 19-AUG-2004 | GR/G | Espeland | MN /04/228 | 31749 | $149.57 | 19-AUG-2004 | $13,720.58 |
| 0028 | PMNT | WA | 02-SEP-2004 | GR/G | Espeland Van Service | MN /04/238 | 31805 | $159.48 | 02-SEP-2004 | $13,594.56 |
| 0029 | PMNT | WA | 16-SEP-2004 | GR/G | ESPELAND VAN SVC | MN /04/247 | 31869 | $195.86 | 16-SEP-2004 | $13,431.85 |
| 0030 | PMNT | WA | 01-OCT-2004 | GR/G | ESPELAND VAN SVC | MN /05/001 | 31947 | $71.64 | 01-OCT-2004 | $13,395.30 |

Total Payments for Debtor: $2,311.46

PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 07-OCT-2004 FOR: 2000Z00077/003 PAGE: 1 OF 2

DEBTOR: Winkels, Peter T.
COURT NUMBER: 00-485 PRIORITY CODE:
CURRENT LIABILITY BALANCE: $0.00

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | PMNT AMT | POST DATE | BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0004 | PMNT | T | 02-OCT-2003 | GR/G | Espeland Van Service | MN /04/007 | 29510 | $54.79 | 09-OCT-2003 | $1,200.11 |
| 0005 | PMNT | T | 16-OCT-2003 | GR/G | Espeland Van Service | MN /04/011 | 29650 | $42.89 | 16-OCT-2003 | $1,157.22 |
| 0006 | PMNT | T | 23-OCT-2003 | GR/G | Espeland Van Service | MN /04/016 | 29741 | $73.81 | 23-OCT-2003 | $1,083.41 |
| 0007 | PMNT | T | 30-OCT-2003 | GR/G | ESPELAND VAN SVC. | MN /04/021 | 29819 | $85.61 | 30-OCT-2003 | $997.80 |
| 0008 | PMNT | T | 06-NOV-2003 | GR/G | Espeland Van Service | MN /04/026 | 29877 | $82.20 | 06-NOV-2003 | $915.60 |
| 0009 | PMNT | T | 14-NOV-2003 | GR/G | Espeland Van Service | MN /04/031 | 29955 | $54.85 | 14-NOV-2003 | $860.75 |
| 0010 | PMNT | T | 20-NOV-2003 | GR/G | Espeland Van Service | MN /04/036 | 30030 | $115.57 | 20-NOV-2003 | $745.18 |
| 0011 | PMNT | T | 28-NOV-2003 | GR/G | Espeland Van Service | MN /04/042 | 30084 | $94.43 | 28-NOV-2003 | $650.75 |
| 0012 | PMNT | T | 04-DEC-2003 | GR/G | Espeland Van Service | MN /04/047 | 30140 | $82.20 | 04-DEC-2003 | $568.55 |
| 0013 | PMNT | T | 11-DEC-2003 | GR/G | ESPELAND VAN SVCS. | MN /04/053 | 30189 | $77.46 | 11-DEC-2003 | $491.09 |
| 0014 | PMNT | T | 18-DEC-2003 | GR/G | ESPELAND VAN SVC. | MN /04/058 | 30238 | $58.00 | 18-DEC-2003 | $433.09 |
| 0015 | PMNT | T | 29-DEC-2003 | GR/G | Espeland Van Service | MN /04/063 | 30292 | $78.36 | 29-DEC-2003 | $354.73 |
| 0016 | PMNT | T | 02-JAN-2004 | GR/G | Espeland Van Service | MN /04/066 | 30336 | $44.37 | 02-JAN-2004 | $310.36 |
| 0017 | PMNT | T | 08-JAN-2004 | GR/G | Espeland Van Service | MN /04/070 | 30442 | $47.80 | 08-JAN-2004 | $262.56 |
| 0018 | PMNT | T | 22-JAN-2004 | GR/G | Espeland Van Service | MN /04/079 | 30515 | $95.64 | 22-JAN-2004 | $166.92 |
| 0019 | PMNT | T | 05-FEB-2004 | GR/G | Espeland Van Service | MN /04/089 | 30624 | $166.92 | 05-FEB-2004 | $0.00 |

Total Payments for Debtor: $1,254.90

PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 07-OCT-2004 FOR: 2000Z00077/004 PAGE: 1 OF 2

DEBTOR: Winkels, Peter T.
COURT NUMBER: 00-485
PRIORITY CODE:
CURRENT LIABILITY BALANCE: $0.00

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | PMNT AMT | POST DATE | BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0002 | PMNT | T | 11-SEP-2003 | GR/G | Hormel Credit Union | MN /3/234 | 471757 | $6.58 | 11-SEP-2003 | $83.42 |
| 0003 | PMNT | T | 25-SEP-2003 | GR/G | Espeland Van Service | MN /04/007 | 29443 | $80.21 | 09-OCT-2003 | $3.21 |
| 0004 | PMNT | T | 02-OCT-2003 | GR/G | Espeland Van Service | MN /04/007 | 29510 | $3.21 | 09-OCT-2003 | $0.00 |

Total Payments for Debtor: