UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-485 PAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PETER T. WINKELS,<br><br>Defendant,<br><br>ESPELAND MED VAN INC.,<br><br>Garnishee. | ) | NOTICE OF ANNUAL ACCOUNTING OF GARNISHMENT |

TO: Peter T. Winkels, the judgment debtor, and
Espeland Med Van Inc., Garnishee.

Pursuant to 28 U.S.C. § 3205(c)(9)(A), you, the judgment debtor and the garnishee, are hereby notified of the annual accounting of the garnishment of defendant, Peter T. Winkels.

A Writ of Garnishment was duly issued by the Court and was personally served on the garnishee and on the judgment debtor on or about September 8, 2003. Pursuant to the Writ of Garnishment, the garnishee filed an Answer of Garnishee on or about September 15, 2003. As of the date of service, the garnishee had, in its possession and under its control, personal property belonging to and due the judgment debtor in the form of wages.

The garnishee has withheld 25% of the judgment debtor's disposable earnings each pay period, pursuant to the garnishment

order. The payments received by the U.S. Attorney's Office for the past twelve months are reflected on the attached Payment History.

Dated: October 13, 2005

Respectfully submitted,

THOMAS B. HEFFELFINGER
United States Attorney

s/ M. Trippler
BY: MARY TRIPPLER
Assistant United States Attorney
Attorney ID No. 110887
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600