PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 13-OCT-2005 FOR: 2000Z00077/002 PAGE: 1 OF 3

DEBTOR: Winkels, Peter T.
COURT NUMBER: 00-485 PAM/JGL PRIORITY CODE:
CURRENT LIABILITY BALANCE: $9,889.82

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0009 | PMNT | WA | 05-FEB-2004 | GR/G | Espeland Van Service | MN /04/089 | 30624 | | $22.01 | 05-FEB-2004 |
| 0010 | PMNT | WA | 19-FEB-2004 | GR/G | ESPELAND VAN SVC | MN /04/099 | 141.83 | | $141.83 | 19-FEB-2004 |
| 0011 | PMNT | WA | 04-MAR-2004 | GR/G | Espeland Van Service | MN /04/109 | 30780 | | $135.14 | 04-MAR-2004 |
| 0012 | PMNT | WA | 18-MAR-2004 | GR/G | Espeland Van Service | MN /04/119 | 30883 | | $132.46 | 18-MAR-2004 |
| 0013 | PMNT | WA | 01-APR-2004 | GR/G | ESPELAND VAN SERVICE | MN /04/129 | 30936 | | $146.43 | 01-APR-2004 |
| 0014 | PMNT | WA | 15-APR-2004 | GR/G | ESPELAND VAN SVC | MN /04/139 | 31044 | | $135.50 | 15-APR-2004 |
| 0015 | PMNT | WA | 29-APR-2004 | GR/G | Espeland | MN /04/149 | 31122 | | $159.92 | 29-APR-2004 |
| 0016 | PMNT | WA | 13-MAY-2004 | GR/G | ESPELAND VAN SVC | MN /04/159 | 31203 | | $164.26 | 13-MAY-2004 |
| 0017 | PMNT | WA | 28-MAY-2004 | GR/G | ESPELAND VAN SVC | MN /04/169 | 31284 | | $146.82 | 28-MAY-2004 |
| 0018 | PMNT | WA | 10-JUN-2004 | GR/G | ESPELAND VAN SVC | MN /04/177 | 31351 | | $163.90 | 10-JUN-2004 |
| 0019 | PMNT | WA | 24-JUN-2004 | GR/G | ESPELAND VAN SVC | MN /04/186 | 31428 | | $69.95 | 24-JUN-2004 |
| 0020 | PMNT | WA | 08-JUL-2004 | GR/G | Espeland Van Service | MN /04/196 | 31504 | | $6.69 | 08-JUL-2004 |
| 0021 | PMNT | WA | 22-JUL-2004 | GR/G | Espeland | MN /04/208 | 31583 | | $167.81 | 22-JUL-2004 |
| 0023 | PMNT | WA | 05-AUG-2004 | GR/G | Espeland Van Service | MN /04/218 | 31682 | | $142.19 | 05-AUG-2004 |
| 0024 | PMNT | WA | 19-AUG-2004 | GR/G | Espeland | MN /04/228 | 31749 | | $149.57 | 19-AUG-2004 |
| 0028 | PMNT | WA | 02-SEP-2004 | GR/G | Espeland Van Service | MN /04/238 | 31805 | | $159.48 | 02-SEP-2004 |
| 0029 | PMNT | WA | 16-SEP-2004 | GR/G | ESPELAND VAN SVC | MN /04/247 | 31869 | | $195.86 | 16-SEP-2004 |
| 0030 | PMNT | WA | 01-OCT-2004 | GR/G | ESPELAND VAN SVC | MN /05/001 | 31947 | | $71.64 | 01-OCT-2004 |
| 0031 | PMNT | WA | 14-OCT-2004 | GR/G | Espeland Van Service | MN /05/009 | 32005 | | $161.91 | 14-OCT-2004 |
| 0032 | PMNT | WA | 29-OCT-2004 | GR/G | ESPELAND VAN SVC | MN /05/019 | 32082 | | $157.03 | 29-OCT-2004 |
| 0033 | PMNT | WA | 12-NOV-2004 | GR/G | ESPELAND VAN SVC | MN /05/026 | 32154 | | $112.23 | 12-NOV-2004 |
| 0034 | PMNT | WA | 26-NOV-2004 | GR/G | Espeland Van Service | MN /05/035 | 32215 | | $132.82 | 26-NOV-2004 |
| 0035 | PMNT | WA | 09-DEC-2004 | GR/G | ESPELAND VAN SVC | MN /05/044 | 32316 | | $113.03 | 09-DEC-2004 |
| 0036 | PMNT | WA | 23-DEC-2004 | GR/G | ESPELAND VAN SVC | MN /05/053 | 32419 | | $141.54 | 23-DEC-2004 |
| 0037 | PMNT | WA | 06-JAN-2005 | GR/G | Espeland Van Serv | MN /05/060 | 32517 | | $151.42 | 06-JAN-2005 |
| 0038 | PMNT | WA | 20-JAN-2005 | GR/G | Espeland Van Service | MN /05/069 | 32573 | | $199.57 | 20-JAN-2005 |
| 0041 | PMNT | WA | 03-FEB-2005 | GR/G | Espeland Van Serv | MN /05/078 | 32651 | | $181.84 | 03-FEB-2005 |
| 0042 | PMNT | WA | 17-FEB-2005 | GR/G | Espeland Van Serv | MN /05/088 | 32742 | | $212.20 | 17-FEB-2005 |
| 0043 | PMNT | WA | 03-MAR-2005 | GR/G | Espeland Van Serv | MN /05/097 | 32815 | | $185.54 | 03-MAR-2005 |
| 0044 | PMNT | WA | 17-MAR-2005 | GR/G | Espeland Van Service | MN /05/107 | 32883 | | $163.85 | 17-MAR-2005 |
| 0045 | PMNT | WA | 31-MAR-2005 | GR/G | Espeland Van Service | MN /05/117 | 32952 | | $233.12 | 31-MAR-2005 |

PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 13-OCT-2005 FOR: 2000Z00077/002 PAGE: 2 OF 3

DEBTOR: Winkels, Peter T.
COURT NUMBER: 00-485 PAM/JGL PRIORITY CODE:
CURRENT LIABILITY BALANCE: $9,889.82

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0046 | PMNT | WA | 14-APR-2005 | GR/G | Espeland Van | MN /05/125 | 33047 | | $222.08 | 14-APR-2005 |
| 0047 | PMNT | WA | 29-APR-2005 | GR/G | Espeland Van Service | MN /05/134 | 33122 | | $166.12 | 29-APR-2005 |
| 0048 | PMNT | WA | 18-MAY-2005 | GR/G | Espeland Van Service | MN /05/148 | 33209 | | $192.10 | 18-MAY-2005 |
| 0049 | PMNT | WA | 01-JUN-2005 | GR/G | Espeland Van Service | MN /05/158 | 33309 | | $152.83 | 02-JUN-2005 |
| 0050 | PMNT | WA | 13-JUN-2005 | GR/G | Espeland | MN /05/166 | 33405 | | $95.90 | 13-JUN-2005 |
| 0051 | PMNT | WA | 28-JUN-2005 | GR/G | Espeland | MN /05/176 | 33487 | | $168.81 | 28-JUN-2005 |
| 0052 | PMNT | WA | 08-JUL-2005 | GR/G | ESPELAND VAN SVC | MN /05/183 | 33573 | | $40.34 | 08-JUL-2005 |
| 0053 | PMNT | WA | 21-JUL-2005 | GR/G | ESPELAND VAN SVC | MN /05/192 | 33666 | | $154.38 | 21-JUL-2005 |
| 0055 | PMNT | WA | 04-AUG-2005 | GR/G | ESPELAND VAN SVC | MN /05/203 | 33763 | | $181.50 | 04-AUG-2005 |
| 0056 | PMNT | WA | 18-AUG-2005 | GR/G | Espeland | MN /05/212 | 33830 | | $225.23 | 18-AUG-2005 |
| 0057 | PMNT | WA | 08-SEP-2005 | GR/G | ESPELAND VAN SVC | MN /05/226 | 33913 | | $156.85 | 08-SEP-2005 |
| 0058 | PMNT | WA | 23-SEP-2005 | GR/G | ESPELAND VAN SVC | MN /05/237 | 33973 | | $215.30 | 23-SEP-2005 |
| 0059 | PMNT | WA | 30-SEP-2005 | GR/G | Espeland | MN /05/242 | 34028 | | $135.60 | 30-SEP-2005 |

Total Payments for Debtor: $6,564.60