CERTIFICATE OF SERVICE BY MAIL

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
) Civil No. 00-485 PAM
)
PETER T. WINKELS, )
)
Defendant. )

I hereby certify that on _October 13, 2005_, I served, or caused to be served, the following documents:

NOTICE OF ANNUAL ACCOUNTING OF GARNISHMENT

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF.

I certify, further, that I served, or caused to be served, the above-listed documents to non-ECF participants by placing a copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Minneapolis, Minnesota.

Addressee(s):

Espeland Med Van Inc.
Attn: Payroll Representative
442 Cleveland Avenue West
Winnebago, MN 56098

Peter T. Winkels
XXXX
Rose Creek, MN 55970

_s/ Jessica Scott____________