PAYMENT HISTORY REPORT

RUN DATE: 13-OCT-2006 FOR: 2000Z00077/002

DEBTOR: Winkels, Peter T.
COURT NUMBER: 00-485 PAM

PRIORITY CODE:

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0009 | PMNT | WA | 05-FEB-2004 | GR/G | Espeland Van Service | MN /04/089 | 30624 | | $22.01 | 05-FEB-2004 |
| 0010 | PMNT | WA | 19-FEB-2004 | GR/G | ESPELAND VAN SVC | MN /04/099 | 141.83 | | $141.83 | 19-FEB-2004 |
| 0011 | PMNT | WA | 04-MAR-2004 | GR/G | Espeland Van Service | MN /04/109 | 30780 | | $135.14 | 04-MAR-2004 |
| 0012 | PMNT | WA | 18-MAR-2004 | GR/G | Espeland Van Service | MN /04/119 | 30883 | | $132.46 | 18-MAR-2004 |
| 0013 | PMNT | WA | 01-APR-2004 | GR/G | ESPELAND VAN SERVICE | MN /04/129 | 30936 | | $146.43 | 01-APR-2004 |
| 0014 | PMNT | WA | 15-APR-2004 | GR/G | ESPELAND VAN SVC | MN /04/139 | 31044 | | $135.50 | 15-APR-2004 |
| 0015 | PMNT | WA | 29-APR-2004 | GR/G | Espeland | MN /04/149 | 31122 | | $159.92 | 29-APR-2004 |
| 0016 | PMNT | WA | 13-MAY-2004 | GR/G | ESPELAND VAN SVC | MN /04/159 | 31203 | | $164.26 | 13-MAY-2004 |
| 0017 | PMNT | WA | 28-MAY-2004 | GR/G | ESPELAND VAN SVC | MN /04/169 | 31284 | | $146.82 | 28-MAY-2004 |
| 0018 | PMNT | WA | 10-JUN-2004 | GR/G | ESPELAND VAN SVC | MN /04/177 | 31351 | | $163.90 | 10-JUN-2004 |
| 0019 | PMNT | WA | 24-JUN-2004 | GR/G | ESPELAND VAN SVC | MN /04/186 | 31428 | | $69.95 | 24-JUN-2004 |
| 0020 | PMNT | WA | 08-JUL-2004 | GR/G | Espeland Van Service | MN /04/196 | 31504 | | $6.69 | 08-JUL-2004 |
| 0021 | PMNT | WA | 22-JUL-2004 | GR/G | Espeland | MN /04/208 | 31583 | | $167.81 | 22-JUL-2004 |
| 0023 | PMNT | WA | 05-AUG-2004 | GR/G | Espeland Van Service | MN /04/218 | 31682 | | $142.19 | 05-AUG-2004 |
| 0024 | PMNT | WA | 19-AUG-2004 | GR/G | Espeland | MN /04/228 | 31749 | | $149.57 | 19-AUG-2004 |
| 0028 | PMNT | WA | 02-SEP-2004 | GR/G | Espeland Van Service | MN /04/238 | 31805 | | $159.48 | 02-SEP-2004 |
| 0029 | PMNT | WA | 16-SEP-2004 | GR/G | ESPELAND VAN SVC | MN /04/247 | 31869 | | $195.86 | 16-SEP-2004 |
| 0030 | PMNT | WA | 01-OCT-2004 | GR/G | ESPELAND VAN SVC | MN /05/001 | 31947 | | $71.64 | 01-OCT-2004 |
| 0031 | PMNT | WA | 14-OCT-2004 | GR/G | Espeland Van Service | MN /05/009 | 32005 | | $161.91 | 14-OCT-2004 |
| 0032 | PMNT | WA | 29-OCT-2004 | GR/G | ESPELAND VAN SVC | MN /05/019 | 32082 | | $157.03 | 29-OCT-2004 |
| 0033 | PMNT | WA | 12-NOV-2004 | GR/G | ESPELAND VAN SVC | MN /05/026 | 32154 | | $112.23 | 12-NOV-2004 |
| 0034 | PMNT | WA | 26-NOV-2004 | GR/G | Espeland Van Service | MN /05/035 | 32215 | | $132.82 | 26-NOV-2004 |
| 0035 | PMNT | WA | 09-DEC-2004 | GR/G | ESPELAND VAN SVC | MN /05/044 | 32316 | | $113.03 | 09-DEC-2004 |
| 0036 | PMNT | WA | 23-DEC-2004 | GR/G | ESPELAND VAN SVC | MN /05/053 | 32419 | | $141.54 | 23-DEC-2004 |
| 0037 | PMNT | WA | 06-JAN-2005 | GR/G | Espeland Van Serv | MN /05/060 | 32517 | | $151.42 | 06-JAN-2005 |
| 0038 | PMNT | WA | 20-JAN-2005 | GR/G | Espeland Van Service | MN /05/069 | 32573 | | $199.57 | 20-JAN-2005 |
| 0041 | PMNT | WA | 03-FEB-2005 | GR/G | Espeland Van Serv | MN /05/078 | 32651 | | $181.84 | 03-FEB-2005 |
| 0042 | PMNT | WA | 17-FEB-2005 | GR/G | Espeland Van Serv | MN /05/088 | 32742 | | $212.20 | 17-FEB-2005 |
| 0043 | PMNT | WA | 03-MAR-2005 | GR/G | Espeland Van Serv | MN /05/097 | 32815 | | $185.54 | 03-MAR-2005 |
| 0044 | PMNT | WA | 17-MAR-2005 | GR/G | Espeland Van Service | MN /05/107 | 32883 | | $163.85 | 17-MAR-2005 |
| 0045 | PMNT | WA | 31-MAR-2005 | GR/G | Espeland Van Service | MN /05/117 | 32952 | | $233.12 | 31-MAR-2005 |

PAYMENT HISTORY REPORT

RUN DATE: 13-OCT-2006 FOR: 2000Z00077/002

DEBTOR: Winkels, Peter T.
COURT NUMBER: 00-485 PAM PRIORITY CODE:

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0046 | PMNT | WA | 14-APR-2005 | GR/G | Espeland Van | MN /05/125 | 33047 | | $222.08 | 14-APR-2005 |
| 0047 | PMNT | WA | 29-APR-2005 | GR/G | Espeland Van Service | MN /05/134 | 33122 | | $166.12 | 29-APR-2005 |
| 0048 | PMNT | WA | 18-MAY-2005 | GR/G | Espeland Van Service | MN /05/148 | 33209 | | $192.10 | 18-MAY-2005 |
| 0049 | PMNT | WA | 01-JUN-2005 | GR/G | Espeland Van Service | MN /05/158 | 33309 | | $152.83 | 02-JUN-2005 |
| 0050 | PMNT | WA | 13-JUN-2005 | GR/G | Espeland | MN /05/166 | 33405 | | $95.90 | 13-JUN-2005 |
| 0051 | PMNT | WA | 28-JUN-2005 | GR/G | Espeland | MN /05/176 | 33487 | | $168.81 | 28-JUN-2005 |
| 0052 | PMNT | WA | 08-JUL-2005 | GR/G | ESPELAND VAN SVC | MN /05/183 | 33573 | | $40.34 | 08-JUL-2005 |
| 0053 | PMNT | WA | 21-JUL-2005 | GR/G | ESPELAND VAN SVC | MN /05/192 | 33666 | | $154.38 | 21-JUL-2005 |
| 0055 | PMNT | WA | 04-AUG-2005 | GR/G | ESPELAND VAN SVC | MN /05/203 | 33763 | | $181.50 | 04-AUG-2005 |
| 0056 | PMNT | WA | 18-AUG-2005 | GR/G | Espeland | MN /05/212 | 33830 | | $225.23 | 18-AUG-2005 |
| 0057 | PMNT | WA | 08-SEP-2005 | GR/G | ESPELAND VAN SVC | MN /05/226 | 33913 | | $156.85 | 08-SEP-2005 |
| 0058 | PMNT | WA | 23-SEP-2005 | GR/G | ESPELAND VAN SVC | MN /05/237 | 33973 | | $215.30 | 23-SEP-2005 |
| 0059 | PMNT | WA | 30-SEP-2005 | GR/G | Espeland | MN /05/242 | 34028 | | $135.60 | 30-SEP-2005 |
| 0060 | PMNT | WA | 20-OCT-2005 | GR/G | Espeland | MN /06/013 | 34125 | | $98.97 | 20-OCT-2005 |
| 0061 | PMNT | WA | 31-OCT-2005 | GR/G | Espeland | MN /06/021 | 34200 | | $153.69 | 31-OCT-2005 |
| 0062 | PMNT | WA | 14-NOV-2005 | GR/G | Espeland Van Service | MN /06/027 | 34274 | | $148.71 | 14-NOV-2005 |
| 0063 | PMNT | WA | 25-NOV-2005 | CH/Y | Espeland Van Service | MN /06/036 | 34335 | | $175.57 | 25-NOV-2005 |
| 0064 | PMNT | WA | 12-DEC-2005 | GR/G | Espeland | MN /06/047 | 34400 | | $207.63 | 12-DEC-2005 |
| 0065 | PMNT | WA | 23-DEC-2005 | GR/G | Espeland Van Service | MN /06/056 | 34473 | | $185.54 | 23-DEC-2005 |
| 0066 | PMNT | WA | 05-JAN-2006 | GR/G | ESPELAND VAN SVC | MN /06/065 | 34838 | | $178.53 | 05-JAN-2006 |
| 0067 | PMNT | WA | 02-FEB-2006 | GR/G | ESPELAND VAN | MN /06/084 | 34685 | | $196.20 | 02-FEB-2006 |
| 0068 | PMNT | WA | 02-FEB-2006 | GR/G | ESPELAND VAN SVC | MN /06/084 | 34613 | | $142.42 | 02-FEB-2006 |
| 0069 | PMNT | WA | 24-FEB-2006 | GR/G | ESPELAND VAN SVC | MN /06/101 | 34748 | | $148.74 | 24-FEB-2006 |
| 0070 | PMNT | WA | 06-MAR-2006 | GR/G | ESPELAND VAN SVC | MN /06/107 | 34814 | | $142.44 | 06-MAR-2006 |
| 0071 | PMNT | WA | 17-MAR-2006 | GR/G | Espeland Van Service | MN /06/116 | 34936 | | $93.48 | 17-MAR-2006 |
| 0072 | PMNT | WA | 31-MAR-2006 | GR/G | Espeland Van | MN /06/126 | 34988 | | $159.15 | 31-MAR-2006 |
| 0073 | PMNT | WA | 14-APR-2006 | GR/G | Espeland Van Service | MN /06/137 | 35059 | | $179.48 | 14-APR-2006 |
| 0074 | PMNT | WA | 27-APR-2006 | GR/G | Espeland Van | MN /06/145 | 35121 | | $173.61 | 27-APR-2006 |
| 0076 | PMNT | WA | 11-MAY-2006 | GR/G | Espeland Van | MN /06/155 | 35194 | | $177.22 | 11-MAY-2006 |
| 0077 | PMNT | WA | 25-MAY-2006 | GR/G | Espeland Van Service | MN /06/164 | 35276 | | $133.37 | 25-MAY-2006 |
| 0078 | PMNT | WA | 08-JUN-2006 | GR/G | Espeland Van Service | MN /06/172 | 35327 | | $132.02 | 08-JUN-2006 |

PAYMENT HISTORY REPORT

RUN DATE: 13-OCT-2006 FOR: 2000Z00077/002

DEBTOR: Winkels, Peter T.
COURT NUMBER: 00-485 PAM PRIORITY CODE:

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0079 | PMNT | WA | 23-JUN-2006 | GR/G | Espeland Van Serv | MN /06/181 | 35404 | | $160.09 | 23-JUN-2006 |
| 0080 | PMNT | WA | 24-JUL-2006 | GR/G | Espeland Van Service | MN /06/201 | 35507 | | $7.08 | 24-JUL-2006 |
| 0081 | PMNT | WA | 03-AUG-2006 | GR/G | Espeland Van Service | MN /06/207 | 35624 | | $194.84 | 03-AUG-2006 |
| 0083 | PMNT | WA | 17-AUG-2006 | GR/G | Espeland Van Serv | MN /06/216 | 35689 | | $187.02 | 17-AUG-2006 |
| 0084 | PMNT | WA | 31-AUG-2006 | GR/G | Espeland Van Serv | MN /06/226 | 35727 | | $182.81 | 31-AUG-2006 |
| 0085 | PMNT | WA | 14-SEP-2006 | GR/G | Espeland Van Service | MN /06/235 | 35820 | | $166.59 | 14-SEP-2006 |
| 0086 | PMNT | WA | 29-SEP-2006 | GR/G | Espeland Van Service | MN /06/244 | 35865 | | $189.48 | 29-SEP-2006 |
| 0087 | PMNT | WA | 12-OCT-2006 | GR/G | Espeland Van Service | MN /07/009 | 35924 | | $202.94 | 12-OCT-2006 |

PAYMENT HISTORY REPORT

RUN DATE: 13-OCT-2006 FOR: 2000Z00077/003

DEBTOR: Winkels, Peter T.
COURT NUMBER: 00-485 PRIORITY CODE:

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0004 | PMNT | T | 02-OCT-2003 | GR/G | Espeland Van Service | MN /04/007 | 29510 | | $54.79 | 09-OCT-2003 |
| 0005 | PMNT | T | 16-OCT-2003 | GR/G | Espeland Van Service | MN /04/011 | 29650 | | $42.89 | 16-OCT-2003 |
| 0006 | PMNT | T | 23-OCT-2003 | GR/G | Espeland Van Service | MN /04/016 | 29741 | | $73.81 | 23-OCT-2003 |
| 0007 | PMNT | T | 30-OCT-2003 | GR/G | ESPELAND VAN SVC. | MN /04/021 | 29819 | | $85.61 | 30-OCT-2003 |
| 0008 | PMNT | T | 06-NOV-2003 | GR/G | Espeland Van Service | MN /04/026 | 29877 | | $82.20 | 06-NOV-2003 |
| 0009 | PMNT | T | 14-NOV-2003 | GR/G | Espeland Van Service | MN /04/031 | 29955 | | $54.85 | 14-NOV-2003 |
| 0010 | PMNT | T | 20-NOV-2003 | GR/G | Espeland Van Service | MN /04/036 | 30030 | | $115.57 | 20-NOV-2003 |
| 0011 | PMNT | T | 28-NOV-2003 | GR/G | Espeland Van Service | MN /04/042 | 30084 | | $94.43 | 28-NOV-2003 |
| 0012 | PMNT | T | 04-DEC-2003 | GR/G | Espeland Van Service | MN /04/047 | 30140 | | $82.20 | 04-DEC-2003 |
| 0013 | PMNT | T | 11-DEC-2003 | GR/G | ESPELAND VAN SVCS. | MN /04/053 | 30189 | | $77.46 | 11-DEC-2003 |
| 0014 | PMNT | T | 18-DEC-2003 | GR/G | ESPELAND VAN SVC. | MN /04/058 | 30238 | | $58.00 | 18-DEC-2003 |
| 0015 | PMNT | T | 29-DEC-2003 | GR/G | Espeland Van Service | MN /04/063 | 30292 | | $78.36 | 29-DEC-2003 |
| 0016 | PMNT | T | 02-JAN-2004 | GR/G | Espeland Van Service | MN /04/066 | 30336 | | $44.37 | 02-JAN-2004 |
| 0017 | PMNT | T | 08-JAN-2004 | GR/G | Espeland Van Service | MN /04/070 | 30442 | | $47.80 | 08-JAN-2004 |
| 0018 | PMNT | T | 22-JAN-2004 | GR/G | Espeland Van Service | MN /04/079 | 30515 | | $95.64 | 22-JAN-2004 |
| 0019 | PMNT | T | 05-FEB-2004 | GR/G | Espeland Van Service | MN /04/089 | 30624 | | $166.92 | 05-FEB-2004 |

PAYMENT HISTORY REPORT

RUN DATE: 13-OCT-2006

FOR: 2000Z00077/004

DEBTOR: Winkels, Peter T.
COURT NUMBER: 00-485

PRIORITY CODE:

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0002 | PMNT | T | 11-SEP-2003 | GR/G | Hormel Credit Union | MN /3/234 | 471757 | | $6.58 | 11-SEP-2003 |
| 0003 | PMNT | T | 25-SEP-2003 | GR/G | Espeland Van Service | MN /04/007 | 29443 | | $80.21 | 09-OCT-2003 |
| 0004 | PMNT | T | 02-OCT-2003 | GR/G | Espeland Van Service | MN /04/007 | 29510 | | $3.21 | 09-OCT-2003 |