# Single Liability Payment History
## United States Department of Justice
## Consolidated Debt Collection System

**Report Level:**

**Report Date: 10/19/2007**

**Cdcs Nbr** 2000B43540 **Cdcs Seq** 001 **Name Last** Winkels **Name First** Peter T. **Court Nbr** 00-485 **Priority Code** **Curr Liability** $ 0.00

## Payments:

| Seq Financ | Finance Code | Received Date | Payment Form | Received By Usao | Received From | Deposit Nbr | Check Nbr | Bop Deposit Nbr | Posting Date | Payment Amount | Run Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0002 | PMNT | 09/11/2003 | GR | G | Hormel Credit Union | MN /3/234 | 471757 | | 09/11/2003 | $ 6.58 | $ 83.42 |
| 0003 | PMNT | 09/25/2003 | GR | G | Espeland Van Service | MN /04/007 | 29443 | | 10/09/2003 | $ 80.21 | $ 3.21 |
| 0004 | PMNT | 10/02/2003 | GR | G | Espeland Van Service | MN /04/007 | 29510 | | 10/09/2003 | $ 3.21 | $ 0.00 |
| Total: | | | | | | | | | | $ 90.00 | |

## Reversals

| Seq Finance | Finance Code | Received Date | Payment Form | Received By Usao | Received From | Deposit Nbr | Check Nbr | Bop Deposit Nbr | Posting Date | Payment Amount | Run Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Total: | | | | | | | | | | | |

# Single Liability Payment History
## United States Department of Justice
## Consolidated Debt Collection System

**Report Level:**

**Report Date: 10/19/2007**

**Cdcs Nbr** 2000B43539 **Cdcs Seq** 001 **Name Last** Winkels **Name First** Peter T. **Court Nbr** 00-485 **Priority Code** **Curr Liability** $ 0.00

### Payments:

| Seq Financ | Finance Code | Received Date | Payment Form | Received By Usao | Received From | Deposit Nbr | Check Nbr | Bop Deposit Nbr | Posting Date | Payment Amount | Run Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0004 | PMNT | 10/02/2003 | GR | G | Espeland Van Service | MN /04/007 | 29510 | | 10/09/2003 | $ 54.79 | $ 1,200.11 |
| 0005 | PMNT | 10/16/2003 | GR | G | Espeland Van Service | MN /04/011 | 29650 | | 10/16/2003 | $ 42.89 | $ 1,157.22 |
| 0006 | PMNT | 10/23/2003 | GR | G | Espeland Van Service | MN /04/016 | 29741 | | 10/23/2003 | $ 73.81 | $ 1,083.41 |
| 0007 | PMNT | 10/30/2003 | GR | G | ESPELAND VAN SVC. | MN /04/021 | 29819 | | 10/30/2003 | $ 85.61 | $ 997.80 |
| 0008 | PMNT | 11/06/2003 | GR | G | Espeland Van Service | MN /04/026 | 29877 | | 11/06/2003 | $ 82.20 | $ 915.60 |
| 0009 | PMNT | 11/14/2003 | GR | G | Espeland Van Service | MN /04/031 | 29955 | | 11/14/2003 | $ 54.85 | $ 860.75 |
| 0010 | PMNT | 11/20/2003 | GR | G | Espeland Van Service | MN /04/036 | 30030 | | 11/20/2003 | $ 115.57 | $ 745.18 |
| 0011 | PMNT | 11/28/2003 | GR | G | Espeland Van Service | MN /04/042 | 30084 | | 11/28/2003 | $ 94.43 | $ 650.75 |
| 0012 | PMNT | 12/04/2003 | GR | G | Espeland Van Service | MN /04/047 | 30140 | | 12/04/2003 | $ 82.20 | $ 568.55 |
| 0013 | PMNT | 12/11/2003 | GR | G | ESPELAND VAN SVCS. | MN /04/053 | 30189 | | 12/11/2003 | $ 77.46 | $ 491.09 |
| 0014 | PMNT | 12/18/2003 | GR | G | ESPELAND VAN SVC. | MN /04/058 | 30238 | | 12/18/2003 | $ 58.00 | $ 433.09 |
| 0015 | PMNT | 12/29/2003 | GR | G | Espeland Van Service | MN /04/063 | 30292 | | 12/29/2003 | $ 78.36 | $ 354.73 |
| 0016 | PMNT | 01/02/2004 | GR | G | Espeland Van Service | MN /04/066 | 30336 | | 01/02/2004 | $ 44.37 | $ 310.36 |
| 0017 | PMNT | 01/08/2004 | GR | G | Espeland Van Service | MN /04/070 | 30442 | | 01/08/2004 | $ 47.80 | $ 262.56 |
| 0018 | PMNT | 01/22/2004 | GR | G | Espeland Van Service | MN /04/079 | 30515 | | 01/22/2004 | $ 95.64 | $ 166.92 |
| 0019 | PMNT | 02/05/2004 | GR | G | Espeland Van Service | MN /04/089 | 30624 | | 02/05/2004 | $ 166.92 | $ 0.00 |
| Total: | | | | | | | | | | $ 1,254.90 | |

### Reversals

| Seq Finance | Finance Code | Received Date | Payment Form | Received By Usao | Received From | Deposit Nbr | Check Nbr | Bop Deposit Nbr | Posting Date | Payment Amount | Run Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Total: | | | | | | | | | | | |

# Single Liability Payment History
## United States Department of Justice
## Consolidated Debt Collection System

**Report Level:**

**Report Date: 10/19/2007**

**Cdcs Nbr** 2000B43538 **Cdcs Seq** 001 **Name Last** Winkels **Name First** Peter T. **Court Nbr** 00-485 PAM **Priority Code** **Curr Liability** $ 2,245.89

**Payments:**

| Seq Financ | Finance Code | Received Date | Payment Form | Received By Usao | Received From | Deposit Nbr | Check Nbr | Bop Deposit Nbr | Posting Date | | Payment Amount | | Run Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0009 | PMNT | 02/05/2004 | GR | G | Espeland Van Service | MN /04/089 | 30624 | | 02/05/2004 | $ | 22.01 | $ | 15,093.45 |
| 0010 | PMNT | 02/19/2004 | GR | G | ESPELAND VAN SVC | MN /04/099 | 141.83 | | 02/19/2004 | $ | 141.83 | $ | 14,987.33 |
| 0011 | PMNT | 03/04/2004 | GR | G | Espeland Van Service | MN /04/109 | 30780 | | 03/04/2004 | $ | 135.14 | $ | 14,887.90 |
| 0012 | PMNT | 03/18/2004 | GR | G | Espeland Van Service | MN /04/119 | 30883 | | 03/18/2004 | $ | 132.46 | $ | 14,791.15 |
| 0013 | PMNT | 04/01/2004 | GR | G | ESPELAND VAN SERVICE | MN /04/129 | 30936 | | 04/01/2004 | $ | 146.43 | $ | 14,680.43 |
| 0014 | PMNT | 04/15/2004 | GR | G | ESPELAND VAN SVC | MN /04/139 | 31044 | | 04/15/2004 | $ | 135.50 | $ | 14,580.64 |
| 0015 | PMNT | 04/29/2004 | GR | G | Espeland | MN /04/149 | 31122 | | 04/29/2004 | $ | 159.92 | $ | 14,456.28 |
| 0016 | PMNT | 05/13/2004 | GR | G | ESPELAND VAN SVC | MN /04/159 | 31203 | | 05/13/2004 | $ | 164.26 | $ | 14,327.27 |
| 0017 | PMNT | 05/28/2004 | GR | G | ESPELAND VAN SVC | MN /04/169 | 31284 | | 05/28/2004 | $ | 146.82 | $ | 14,217.88 |
| 0018 | PMNT | 06/10/2004 | GR | G | ESPELAND VAN SVC | MN /04/177 | 31351 | | 06/10/2004 | $ | 163.90 | $ | 14,086.17 |
| 0019 | PMNT | 06/24/2004 | GR | G | ESPELAND VAN SVC | MN /04/186 | 31428 | | 06/24/2004 | $ | 69.95 | $ | 14,050.57 |
| 0020 | PMNT | 07/08/2004 | GR | G | Espeland Van Service | MN /04/196 | 31504 | | 07/08/2004 | $ | 6.69 | $ | 14,078.14 |
| 0021 | PMNT | 07/22/2004 | GR | G | Espeland | MN /04/208 | 31583 | | 07/22/2004 | $ | 167.81 | $ | 13,944.59 |
| 0023 | PMNT | 08/05/2004 | GR | G | Espeland Van Service | MN /04/218 | 31682 | | 08/05/2004 | $ | 142.19 | $ | 13,836.41 |
| 0024 | PMNT | 08/19/2004 | GR | G | Espeland | MN /04/228 | 31749 | | 08/19/2004 | $ | 149.57 | $ | 13,720.58 |
| 0028 | PMNT | 09/02/2004 | GR | G | Espeland Van Service | MN /04/238 | 31805 | | 09/02/2004 | $ | 159.48 | $ | 13,594.56 |
| 0029 | PMNT | 09/16/2004 | GR | G | ESPELAND VAN SVC | MN /04/247 | 31869 | | 09/16/2004 | $ | 195.86 | $ | 13,431.85 |
| 0030 | PMNT | 10/01/2004 | GR | G | ESPELAND VAN SVC | MN /05/001 | 31947 | | 10/01/2004 | $ | 71.64 | $ | 13,395.30 |
| 0031 | PMNT | 10/14/2004 | GR | G | Espeland Van Service | MN /05/009 | 32005 | | 10/14/2004 | $ | 161.91 | $ | 13,263.72 |
| 0032 | PMNT | 10/29/2004 | GR | G | ESPELAND VAN SVC | MN /05/019 | 32082 | | 10/29/2004 | $ | 157.03 | $ | 13,141.34 |
| 0033 | PMNT | 11/12/2004 | GR | G | ESPELAND VAN SVC | MN /05/026 | 32154 | | 11/12/2004 | $ | 112.23 | $ | 13,061.16 |
| 0034 | PMNT | 11/26/2004 | GR | G | Espeland Van Service | MN /05/035 | 32215 | | 11/26/2004 | $ | 132.82 | $ | 12,960.19 |
| 0035 | PMNT | 12/09/2004 | GR | G | ESPELAND VAN SVC | MN /05/044 | 32316 | | 12/09/2004 | $ | 113.03 | $ | 12,876.51 |
| 0036 | PMNT | 12/23/2004 | GR | G | ESPELAND VAN SVC | MN /05/053 | 32419 | | 12/23/2004 | $ | 141.54 | $ | 12,766.37 |
| 0037 | PMNT | 01/06/2005 | GR | G | Espeland Van Serv | MN /05/060 | 32517 | | 01/06/2005 | $ | 151.42 | $ | 12,646.12 |
| 0038 | PMNT | 01/20/2005 | GR | G | Espeland Van Service | MN /05/069 | 32573 | | 01/20/2005 | $ | 199.57 | $ | 12,477.47 |
| 0041 | PMNT | 02/03/2005 | GR | G | Espeland Van Serv | MN /05/078 | 32651 | | 02/03/2005 | $ | 181.84 | $ | 12,326.14 |
| 0042 | PMNT | 02/17/2005 | GR | G | Espeland Van Serv | MN /05/088 | 32742 | | 02/17/2005 | $ | 212.20 | $ | 12,144.08 |
| 0043 | PMNT | 03/03/2005 | GR | G | Espeland Van Serv | MN /05/097 | 32815 | | 03/03/2005 | $ | 185.54 | $ | 11,988.23 |
| 0044 | PMNT | 03/17/2005 | GR | G | Espeland Van Service | MN /05/107 | 32883 | | 03/17/2005 | $ | 163.85 | $ | 11,853.69 |
| 0045 | PMNT | 03/31/2005 | GR | G | Espeland Van Service | MN /05/117 | 32952 | | 03/31/2005 | $ | 233.12 | $ | 11,649.55 |
| 0046 | PMNT | 04/14/2005 | GR | G | Espeland Van | MN /05/125 | 33047 | | 04/14/2005 | $ | 222.08 | $ | 11,455.96 |
| 0047 | PMNT | 04/29/2005 | GR | G | Espeland Van Service | MN /05/134 | 33122 | | 04/29/2005 | $ | 166.12 | $ | 11,319.85 |
| 0048 | PMNT | 05/18/2005 | GR | G | Espeland Van Service | MN /05/148 | 33209 | | 05/18/2005 | $ | 192.10 | $ | 11,165.31 |
| 0049 | PMNT | 06/01/2005 | GR | G | Espeland Van Service | MN /05/158 | 33309 | | 06/02/2005 | $ | 152.83 | $ | 11,039.78 |
| 0050 | PMNT | 06/13/2005 | GR | G | Espeland | MN /05/166 | 33405 | | 06/13/2005 | $ | 95.90 | $ | 10,967.02 |
| 0051 | PMNT | 06/28/2005 | GR | G | Espeland | MN /05/176 | 33487 | | 06/28/2005 | $ | 168.81 | $ | 10,826.94 |
| 0052 | PMNT | 07/08/2005 | GR | G | ESPELAND VAN SVC | MN /05/183 | 33573 | | 07/08/2005 | $ | 40.34 | $ | 10,805.51 |
| 0053 | PMNT | 07/21/2005 | GR | G | ESPELAND VAN SVC | MN /05/192 | 33666 | | 07/21/2005 | $ | 154.38 | $ | 10,675.66 |
| 0055 | PMNT | 08/04/2005 | GR | G | ESPELAND VAN SVC | MN /05/203 | 33763 | | 08/04/2005 | $ | 181.50 | $ | 10,520.26 |
| 0056 | PMNT | 08/18/2005 | GR | G | Espeland | MN /05/212 | 33830 | | 08/18/2005 | $ | 225.23 | $ | 10,320.75 |
| 0057 | PMNT | 09/08/2005 | GR | G | ESPELAND VAN SVC | MN /05/226 | 33913 | | 09/08/2005 | $ | 156.85 | $ | 10,201.75 |
| 0058 | PMNT | 09/23/2005 | GR | G | ESPELAND VAN SVC | MN /05/237 | 33973 | | 09/23/2005 | $ | 215.30 | $ | 10,013.18 |
| 0059 | PMNT | 09/30/2005 | GR | G | Espeland | MN /05/242 | 34028 | | 09/30/2005 | $ | 135.60 | $ | 9,889.82 |

**Single Liability Payment History**

**United States Department of Justice**

**Consolidated Debt Collection System**

**Report Level:**

**Report Date: 10/19/2007**

**Cdcs Nbr** 2000B43538 **Cdcs Seq** 001 **Name Last** Winkels **Name First** Peter T. **Court Nbr** 00-485 PAM **Priority Code** **Curr Liability** $ 2,245.89

| Seq Financ | Finance Code | Received Date | Payment Form | Received By Usao | Received From | Deposit Nbr | Check Nbr | Bop Deposit Nbr | Posting Date | Payment Amount | Run Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0060 | PMNT | 10/20/2005 | GR | G | Espeland | MN /06/013 | 34125 | | 10/20/2005 | $ 98.97 | $ 9,825.40 |
| 0061 | PMNT | 10/31/2005 | GR | G | Espeland | MN /06/021 | 34200 | | 10/31/2005 | $ 153.69 | $ 9,690.59 |
| 0062 | PMNT | 11/14/2005 | GR | G | Espeland Van Service | MN /06/027 | 34274 | | 11/14/2005 | $ 148.71 | $ 9,565.58 |
| 0063 | PMNT | 11/25/2005 | CH | Y | Espeland Van Service | MN /06/036 | 34335 | | 11/25/2005 | $ 175.57 | $ 9,408.39 |
| 0064 | PMNT | 12/12/2005 | GR | G | Espeland | MN /06/047 | 34400 | | 12/12/2005 | $ 207.63 | $ 9,228.70 |
| 0065 | PMNT | 12/23/2005 | GR | G | Espeland Van Service | MN /06/056 | 34473 | | 12/23/2005 | $ 185.54 | $ 9,060.89 |
| 0066 | PMNT | 01/05/2006 | GR | G | ESPELAND VAN SVC | MN /06/065 | 34838 | | 01/05/2006 | $ 178.53 | $ 8,902.93 |
| 0067 | PMNT | 02/02/2006 | GR | G | ESPELAND VAN | MN /06/084 | 34685 | | 02/02/2006 | $ 196.20 | $ 8,750.27 |
| 0068 | PMNT | 02/02/2006 | GR | G | ESPELAND VAN SVC | MN /06/084 | 34613 | | 02/02/2006 | $ 142.42 | $ 8,607.85 |
| 0069 | PMNT | 02/24/2006 | GR | G | ESPELAND VAN SVC | MN /06/101 | 34748 | | 02/24/2006 | $ 148.74 | $ 8,492.19 |
| 0070 | PMNT | 03/06/2006 | GR | G | ESPELAND VAN SVC | MN /06/107 | 34814 | | 03/06/2006 | $ 142.44 | $ 8,364.58 |
| 0071 | PMNT | 03/17/2006 | GR | G | Espeland Van Service | MN /06/116 | 34936 | | 03/17/2006 | $ 93.48 | $ 8,287.17 |
| 0072 | PMNT | 03/31/2006 | GR | G | Espeland Van | MN /06/126 | 34988 | | 03/31/2006 | $ 159.15 | $ 8,148.28 |
| 0073 | PMNT | 04/14/2006 | GR | G | Espeland Van Service | MN /06/137 | 35059 | | 04/14/2006 | $ 179.48 | $ 7,988.72 |
| 0074 | PMNT | 04/27/2006 | GR | G | Espeland Van | MN /06/145 | 35121 | | 04/27/2006 | $ 173.61 | $ 7,833.25 |
| 0076 | PMNT | 05/11/2006 | GR | G | Espeland Van | MN /06/155 | 35194 | | 05/11/2006 | $ 177.22 | $ 7,675.19 |
| 0077 | PMNT | 05/25/2006 | GR | G | Espeland Van Service | MN /06/164 | 35276 | | 05/25/2006 | $ 133.37 | $ 7,560.59 |
| 0078 | PMNT | 06/08/2006 | GR | G | Espeland Van Service | MN /06/172 | 35327 | | 06/08/2006 | $ 132.02 | $ 7,447.06 |
| 0079 | PMNT | 06/23/2006 | GR | G | Espeland Van Serv | MN /06/181 | 35404 | | 06/23/2006 | $ 160.09 | $ 7,306.48 |
| 0080 | PMNT | 07/24/2006 | GR | G | Espeland Van Service | MN /06/201 | 35507 | | 07/24/2006 | $ 7.08 | $ 7,338.96 |
| 0081 | PMNT | 08/03/2006 | GR | G | Espeland Van Service | MN /06/207 | 35624 | | 08/03/2006 | $ 194.84 | $ 7,156.88 |
| 0083 | PMNT | 08/17/2006 | GR | G | Espeland Van Serv | MN /06/216 | 35689 | | 08/17/2006 | $ 187.02 | $ 6,987.36 |
| 0084 | PMNT | 08/31/2006 | GR | G | Espeland Van Serv | MN /06/226 | 35727 | | 08/31/2006 | $ 182.81 | $ 6,821.64 |
| 0085 | PMNT | 09/14/2006 | GR | G | Espeland Van Service | MN /06/235 | 35820 | | 09/14/2006 | $ 166.59 | $ 6,671.73 |
| 0086 | PMNT | 09/29/2006 | GR | G | Espeland Van Service | MN /06/244 | 35865 | | 09/29/2006 | $ 189.48 | $ 6,499.73 |
| 0087 | PMNT | 10/12/2006 | GR | G | Espeland Van Service | MN /07/009 | 35924 | | 10/12/2006 | $ 202.94 | $ 6,311.55 |
| 0088 | PMNT | 10/27/2006 | GR | G | Espeland Van Service | MN /07/020 | 35996 | | 10/27/2006 | $ 207.52 | $ 6,120.57 |
| 0089 | PMNT | 11/13/2006 | GR | G | Espeland Van Service | MN /07/029 | 36050 | | 11/13/2006 | $ 166.59 | $ 5,972.15 |
| 0090 | PMNT | 11/24/2006 | GR | G | Espeland Van Service | MN /07/037 | 36138 | | 11/24/2006 | $ 192.52 | $ 5,791.10 |
| 0091 | PMNT | 12/08/2006 | GR | G | ESPELAND VAN SVC | MN /07/045 | 36220 | | 12/08/2006 | $ 186.89 | $ 5,618.37 |
| 0092 | PMNT | 12/21/2006 | GR | G | ESPELAND VAN SVC | MN /07/052 | 36290 | | 12/21/2006 | $ 213.36 | $ 5,417.77 |
| 0093 | PMNT | 01/22/2007 | GR | G | ESPELAND VAN SVC | MN /07/069 | 36344 | | 01/22/2007 | $ 164.16 | $ 5,283.89 |
| 0094 | PMNT | 01/22/2007 | GR | G | ESPELAND VAN SVC | MN /07/069 | 36401 | | 01/22/2007 | $ 175.37 | $ 5,108.52 |
| 0095 | PMNT | 02/01/2007 | GR | G | Espeland Van Serv | MN /07/074 | 36468 | | 02/01/2007 | $ 216.58 | $ 4,900.86 |
| 0096 | PMNT | 02/15/2007 | GR | G | Espeland Van Service | MN /07/082 | 36544 | | 02/15/2007 | $ 238.71 | $ 4,674.13 |
| 0097 | PMNT | 03/01/2007 | CH | Y | Espeland Van Serv | MN /07/091 | 36601 | | 03/01/2007 | $ 198.32 | $ 4,487.24 |
| 0098 | PMNT | 03/15/2007 | GR | G | Espeland Van Serv | MN /07/099 | 36657 | | 03/15/2007 | $ 141.16 | $ 4,357.05 |
| 0099 | PMNT | 04/02/2007 | GR | G | Espeland Van Service | MN /07/108 | 36720 | | 04/02/2007 | $ 160.62 | $ 4,210.13 |
| 0100 | PMNT | 04/17/2007 | GR | G | Espeland Van | MN /07/119 | 36779 | | 04/17/2007 | $ 187.19 | $ 4,033.97 |
| 0101 | PMNT | 04/26/2007 | GR | G | Espeland Van Service | MN /07/124 | 36842 | | 04/26/2007 | $ 82.49 | $ 3,957.82 |
| 0102 | PMNT | 05/21/2007 | GR | G | Espeland Van Serv | MN /07/138 | 36906 | | 05/21/2007 | $ 162.93 | $ 3,812.17 |
| 0103 | PMNT | 05/29/2007 | GR | G | Espeland Van Service | MN /07/141 | 36954 | | 05/29/2007 | $ 163.75 | $ 3,653.75 |
| 0104 | PMNT | 06/07/2007 | GR | G | Espeland Van Serv | MN /07/147 | 37018 | | 06/07/2007 | $ 161.53 | $ 3,497.96 |
| 0105 | PMNT | 06/25/2007 | GR | G | Espeland Van | MN /07/154 | 37096 | | 06/25/2007 | $ 145.07 | $ 3,363.89 |

**Single Liability Payment History**
**United States Department of Justice**
**Consolidated Debt Collection System**

**Report Level:**

**Report Date: 10/19/2007**

**Cdcs Nbr** 2000B43538 **Cdcs Seq** 001 **Name Last** Winkels **Name First** Peter T. **Court Nbr** 00-485 PAM **Priority Code** **Curr Liability** $ 2,245.89

| Seq Financ | Finance Code | Received Date | Payment Form | Received By Usao | Received From | Deposit Nbr | Check Nbr | Bop Deposit Nbr | Posting Date | Payment Amount | Run Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0106 | PMNT | 07/09/2007 | GR | G | ESPELAND VAN SVC | MN /07/163 | 37155 | | 07/09/2007 | $ 180.63 | $ 3,191.49 |
| 0107 | PMNT | 07/20/2007 | GR | G | ESPELAND VAN SVC | MN /07/168 | 37201 | | 07/20/2007 | $ 145.49 | $ 3,052.13 |
| 0109 | PMNT | 08/22/2007 | GR | G | ESPELAND VAN SVC | MN /07/186 | 37268 | | 08/22/2007 | $ 186.96 | $ 2,882.79 |
| 0110 | PMNT | 08/22/2007 | GR | G | ESPELAND VAN SVC | MN /07/186 | 37302 | | 08/22/2007 | $ 148.73 | $ 2,734.06 |
| 0111 | PMNT | 09/04/2007 | GR | G | Espeland Van Serv | MN /07/189 | 37355 | | 09/04/2007 | $ 198.42 | $ 2,541.85 |
| 000114 | PMNT | 10/09/2007 | GR | G | Espeland Van Service | MN2008001 | 37454 | | 10/16/2007 | $ 103.46 | $ 2,453.93 |
| 000115 | PMNT | 10/09/2007 | GR | G | Espeland Van Service | MN2008001 | 37455 | | 10/16/2007 | $ 208.04 | $ 2,245.89 |
| Total: | | | | | | | | | | $ 15,018.71 | |

## Reversals

| Seq Finance | Finance Code | Received Date | Payment Form | Received By Usao | Received From | Deposit Nbr | Check Nbr | Bop Deposit Nbr | Posting Date | Payment Amount | Run Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0039 | PMNT | 02/03/2005 | CH | Y | Espeland Van Serv | MN /05/078 | 32651 | | 02/03/2005 | $ 181.84 | $12,326.14 |
| Total: | | | | | | | | | | $ 181.84 | |