# United States Department of Justice
# Consolidated Debt Collection System

**Single Liability Payment History**

**Report Level:** MN

**For Report Parameters:** 2000B43540 , 001 , 946380

## PAYMENTS

| **CDCS NBR** | **Name** | **Collect Type** | **Court Nbr** | **Priority Code** | **Scheduled Payment Amount** | **Scheduled Payment Date** | **Current Liability** |
|---|---|---|---|---|---|---|---|
| 2000B43540/001 | Winkels, Peter T. | NP | 00-485 | | | | $0.00 |

| **Seq Finance** | **Finance Code** | **Received Date** | **Payment Form** | **Received By Usao** | **Received From** | **Deposit Nbr** | **Check Nbr** | **Bop Deposit Nbr** | **Payment Date** | **Payment Amount** |
|---|---|---|---|---|---|---|---|---|---|---|
| 0002 | PMNT | 09/11/2003 | GR | G | Hormel Credit Union | MN /3/234 | 471757 | | 09/11/2003 | $6.58 |
| 0003 | PMNT | 09/25/2003 | GR | G | Espeland Van Service | MN /04/007 | 29443 | | 10/09/2003 | $80.21 |
| 0004 | PMNT | 10/02/2003 | GR | G | Espeland Van Service | MN | 29510 | | 10/09/2003 | $3.21 |

**United States Department of Justice**
**Consolidated Debt Collection System**

**Single Liability Payment History**

**Report Level:** MN

**For Report Parameters:** 2000B43539 , 001 , 946378

## PAYMENTS

| CDCS NBR | Name | Collect Type | Court Nbr | Priority Code | Scheduled Payment Amount | Scheduled Payment Date | Current Liability |
|---|---|---|---|---|---|---|---|
| 2000B43539/001 | Winkels, Peter T. | NP | 00-485 | | | | $0.00 |

| Seq Finance | Finance Code | Received Date | Payment Form | Received By Usao | Received From | Deposit Nbr | Check Nbr | Bop Deposit Nbr | Payment Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 0004 | PMNT | 10/02/2003 | GR | G | Espeland Van Service | MN /04/007 | 29510 | | 10/09/2003 | $54.79 |
| 0005 | PMNT | 10/16/2003 | GR | G | Espeland Van Service | MN /04/011 | 29650 | | 10/16/2003 | $42.89 |
| 0006 | PMNT | 10/23/2003 | GR | G | Espeland Van Service | MN /04/016 | 29741 | | 10/23/2003 | $73.81 |
| 0007 | PMNT | 10/30/2003 | GR | G | ESPELAND VAN SVC. | MN /04/021 | 29819 | | 10/30/2003 | $85.61 |
| 0008 | PMNT | 11/06/2003 | GR | G | Espeland Van Service | MN /04/026 | 29877 | | 11/06/2003 | $82.20 |
| 0009 | PMNT | 11/14/2003 | GR | G | Espeland Van Service | MN /04/031 | 29955 | | 11/14/2003 | $54.85 |
| 0010 | PMNT | 11/20/2003 | GR | G | Espeland Van Service | MN /04/036 | 30030 | | 11/20/2003 | $115.57 |
| 0011 | PMNT | 11/28/2003 | GR | G | Espeland Van Service | MN /04/042 | 30084 | | 11/28/2003 | $94.43 |
| 0012 | PMNT | 12/04/2003 | GR | G | Espeland Van Service | MN /04/047 | 30140 | | 12/04/2003 | $82.20 |
| 0013 | PMNT | 12/11/2003 | GR | G | ESPELAND VAN SVCS. | MN /04/053 | 30189 | | 12/11/2003 | $77.46 |
| 0014 | PMNT | 12/18/2003 | GR | G | ESPELAND VAN SVC. | MN /04/058 | 30238 | | 12/18/2003 | $58.00 |
| 0015 | PMNT | 12/29/2003 | GR | G | Espeland Van Service | MN /04/063 | 30292 | | 12/29/2003 | $78.36 |
| 0016 | PMNT | 01/02/2004 | GR | G | Espeland Van Service | MN /04/066 | 30336 | | 01/02/2004 | $44.37 |
| 0017 | PMNT | 01/08/2004 | GR | G | Espeland Van Service | MN /04/070 | 30442 | | 01/08/2004 | $47.80 |
| 0018 | PMNT | 01/22/2004 | GR | G | Espeland Van Service | MN /04/079 | 30515 | | 01/22/2004 | $95.64 |
| 0019 | PMNT | 02/05/2004 | GR | G | Espeland Van Service | MN /04/089 | 30624 | | 02/05/2004 | $166.92 |

# United States Department of Justice
# Consolidated Debt Collection System

**Single Liability Payment History**

**Report Level:** MN

**For Report Parameters:** 2000B43538 ,001 ,941120

## PAYMENTS

| CDCS NBR | Name | Collect Type | Court Nbr | Priority Code | Scheduled Payment Amount | Scheduled Payment Date | Current Liability |
|---|---|---|---|---|---|---|---|
| 2000B43538/001 | Winkels, Peter T. | WA | 00-485 PAM | | | | $0.00 |

| Seq Finance | Finance Code | Received Date | Payment Form | Received By Usao | Received From | Deposit Nbr | Check Nbr | Bop Deposit Nbr | Payment Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 0009 | PMNT | 02/05/2004 | GR | G | Espeland Van Service | MN /04/089 | 30624 | | 02/05/2004 | $22.01 |
| 0010 | PMNT | 02/19/2004 | GR | G | ESPELAND VAN SVC | MN /04/099 | 141.83 | | 02/19/2004 | $141.83 |
| 0011 | PMNT | 03/04/2004 | GR | G | Espeland Van Service | MN /04/109 | 30780 | | 03/04/2004 | $135.14 |
| 0012 | PMNT | 03/18/2004 | GR | G | Espeland Van Service | MN /04/119 | 30883 | | 03/18/2004 | $132.46 |
| 0013 | PMNT | 04/01/2004 | GR | G | ESPELAND VAN SERVICE | MN /04/129 | 30936 | | 04/01/2004 | $146.43 |
| 0014 | PMNT | 04/15/2004 | GR | G | ESPELAND VAN SVC | MN /04/139 | 31044 | | 04/15/2004 | $135.50 |
| 0015 | PMNT | 04/29/2004 | GR | G | Espeland | MN /04/149 | 31122 | | 04/29/2004 | $159.92 |
| 0016 | PMNT | 05/13/2004 | GR | G | ESPELAND VAN SVC | MN /04/159 | 31203 | | 05/13/2004 | $164.26 |
| 0017 | PMNT | 05/28/2004 | GR | G | ESPELAND VAN SVC | MN /04/169 | 31284 | | 05/28/2004 | $146.82 |
| 0018 | PMNT | 06/10/2004 | GR | G | ESPELAND VAN SVC | MN /04/177 | 31351 | | 06/10/2004 | $163.90 |
| 0019 | PMNT | 06/24/2004 | GR | G | ESPELAND VAN SVC | MN /04/186 | 31428 | | 06/24/2004 | $69.95 |
| 0020 | PMNT | 07/08/2004 | GR | G | Espeland Van Service | MN /04/196 | 31504 | | 07/08/2004 | $6.69 |
| 0021 | PMNT | 07/22/2004 | GR | G | Espeland | MN /04/208 | 31583 | | 07/22/2004 | $167.81 |
| 0023 | PMNT | 08/05/2004 | GR | G | Espeland Van Service | MN /04/218 | 31682 | | 08/05/2004 | $142.19 |
| 0024 | PMNT | 08/19/2004 | GR | G | Espeland | MN /04/228 | 31749 | | 08/19/2004 | $149.57 |
| 0028 | PMNT | 09/02/2004 | GR | G | Espeland Van Service | MN /04/238 | 31805 | | 09/02/2004 | $159.48 |

# United States Department of Justice
# Consolidated Debt Collection System

## Single Liability Payment History

**Report Level:** MN

**For Report Parameters:** 2000B43538 , 001 , 941120

| **CDCS NBR** | | **Name** | | **Collect Type** | | **Court Nbr** | | **Priority Code** | **Scheduled Payment Amount** | **Scheduled Payment Date** | **Current Liability** | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2000B43538/001 | | Winkels, Peter T. | | WA | | 00-485 PAM | | | | | $0.00 |

| Seq Finance | Finance Code | Received Date | Payment Form | Received By Usao | Received From | Deposit Nbr | Check Nbr | Bop Deposit Nbr | Payment Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 0029 | PMNT | 09/16/2004 | GR | G | ESPELAND VAN SVC | MN /04/247 | 31869 | | 09/16/2004 | $195.86 |
| 0030 | PMNT | 10/01/2004 | GR | G | ESPELAND VAN SVC | MN /05/001 | 31947 | | 10/01/2004 | $71.64 |
| 0031 | PMNT | 10/14/2004 | GR | G | Espeland Van Service | MN /05/009 | 32005 | | 10/14/2004 | $161.91 |
| 0032 | PMNT | 10/29/2004 | GR | G | ESPELAND VAN SVC | MN /05/019 | 32082 | | 10/29/2004 | $157.03 |
| 0033 | PMNT | 11/12/2004 | GR | G | ESPELAND VAN SVC | MN /05/026 | 32154 | | 11/12/2004 | $112.23 |
| 0034 | PMNT | 11/26/2004 | GR | G | Espeland Van Service | MN /05/035 | 32215 | | 11/26/2004 | $132.82 |
| 0035 | PMNT | 12/09/2004 | GR | G | ESPELAND VAN SVC | MN /05/044 | 32316 | | 12/09/2004 | $113.03 |
| 0036 | PMNT | 12/23/2004 | GR | G | ESPELAND VAN SVC | MN /05/053 | 32419 | | 12/23/2004 | $141.54 |
| 0037 | PMNT | 01/06/2005 | GR | G | Espeland Van Serv | MN /05/060 | 32517 | | 01/06/2005 | $151.42 |
| 0038 | PMNT | 01/20/2005 | GR | G | Espeland Van Service | MN /05/069 | 32573 | | 01/20/2005 | $199.57 |
| 0041 | PMNT | 02/03/2005 | GR | G | Espeland Van Serv | MN /05/078 | 32651 | | 02/03/2005 | $181.84 |
| 0042 | PMNT | 02/17/2005 | GR | G | Espeland Van Serv | MN /05/088 | 32742 | | 02/17/2005 | $212.20 |
| 0043 | PMNT | 03/03/2005 | GR | G | Espeland Van Serv | MN /05/097 | 32815 | | 03/03/2005 | $185.54 |
| 0044 | PMNT | 03/17/2005 | GR | G | Espeland Van Service | MN /05/107 | 32883 | | 03/17/2005 | $163.85 |
| 0045 | PMNT | 03/31/2005 | GR | G | Espeland Van Service | MN /05/117 | 32952 | | 03/31/2005 | $233.12 |
| 0046 | PMNT | 04/14/2005 | GR | G | Espeland Van | MN /05/125 | 33047 | | 04/14/2005 | $222.08 |

# United States Department of Justice
# Consolidated Debt Collection System

## Single Liability Payment History

**Report Level:** MN

**For Report Parameters:** 2000B43538 , 001 , 941120

| **CDCS NBR** | 2000B43538/001 | **Name** | Winkels, Peter T. | **Collect Type** | WA | **Court Nbr** | 00-485 PAM | **Priority Code** | **Scheduled Payment Amount** | **Scheduled Payment Date** | **Current Liability** | $0.00 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Seq Finance | Finance Code | Received Date | Payment Form | Received By Usao | Received From | Deposit Nbr | Check Nbr | Bop Deposit Nbr | Payment Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 0047 | PMNT | 04/29/2005 | GR | G | Espeland Van Service | MN /05/134 | 33122 | | 04/29/2005 | $166.12 |
| 0048 | PMNT | 05/18/2005 | GR | G | Espeland Van Service | MN /05/148 | 33209 | | 05/18/2005 | $192.10 |
| 0049 | PMNT | 06/01/2005 | GR | G | Espeland Van Service | MN /05/158 | 33309 | | 06/02/2005 | $152.83 |
| 0050 | PMNT | 06/13/2005 | GR | G | Espeland | MN /05/166 | 33405 | | 06/13/2005 | $95.90 |
| 0051 | PMNT | 06/28/2005 | GR | G | Espeland | MN /05/176 | 33487 | | 06/28/2005 | $168.81 |
| 0052 | PMNT | 07/08/2005 | GR | G | ESPELAND VAN SVC | MN /05/183 | 33573 | | 07/08/2005 | $40.34 |
| 0053 | PMNT | 07/21/2005 | GR | G | ESPELAND VAN SVC | MN /05/192 | 33666 | | 07/21/2005 | $154.38 |
| 0055 | PMNT | 08/04/2005 | GR | G | ESPELAND VAN SVC | MN /05/203 | 33763 | | 08/04/2005 | $181.50 |
| 0056 | PMNT | 08/18/2005 | GR | G | Espeland | MN /05/212 | 33830 | | 08/18/2005 | $225.23 |
| 0057 | PMNT | 09/08/2005 | GR | G | ESPELAND VAN SVC | MN /05/226 | 33913 | | 09/08/2005 | $156.85 |
| 0058 | PMNT | 09/23/2005 | GR | G | ESPELAND VAN SVC | MN /05/237 | 33973 | | 09/23/2005 | $215.30 |
| 0059 | PMNT | 09/30/2005 | GR | G | Espeland | MN /05/242 | 34028 | | 09/30/2005 | $135.60 |
| 0060 | PMNT | 10/20/2005 | GR | G | Espeland | MN /06/013 | 34125 | | 10/20/2005 | $98.97 |
| 0061 | PMNT | 10/31/2005 | GR | G | Espeland | MN /06/021 | 34200 | | 10/31/2005 | $153.69 |
| 0062 | PMNT | 11/14/2005 | GR | G | Espeland Van Service | MN /06/027 | 34274 | | 11/14/2005 | $148.71 |
| 0063 | PMNT | 11/25/2005 | CH | Y | Espeland Van Service | MN /06/036 | 34335 | | 11/25/2005 | $175.57 |

# United States Department of Justice
## Consolidated Debt Collection System
### Single Liability Payment History

**Report Level:** MN

**For Report Parameters:** 2000B43538 , 001 , 941120

| CDCS NBR | | Name | | Collect Type | | Court Nbr | | Priority Code | Scheduled Payment Amount | Scheduled Payment Date | Current Liability | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2000B43538/001 | | Winkels, Peter T. | | WA | | 00-485 PAM | | | | | $0.00 |

| Seq Finance | Finance Code | Received Date | Payment Form | Received By Usao | Received From | Deposit Nbr | Check Nbr | Bop Deposit Nbr | Payment Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 0064 | PMNT | 12/12/2005 | GR | G | Espeland | MN /06/047 | 34400 | | 12/12/2005 | $207.63 |
| 0065 | PMNT | 12/23/2005 | GR | G | Espeland Van Service | MN /06/056 | 34473 | | 12/23/2005 | $185.54 |
| 0066 | PMNT | 01/05/2006 | GR | G | ESPELAND VAN SVC | MN /06/065 | 34838 | | 01/05/2006 | $178.53 |
| 0067 | PMNT | 02/02/2006 | GR | G | ESPELAND VAN | MN /06/084 | 34685 | | 02/02/2006 | $196.20 |
| 0068 | PMNT | 02/02/2006 | GR | G | ESPELAND VAN SVC | MN /06/084 | 34613 | | 02/02/2006 | $142.42 |
| 0069 | PMNT | 02/24/2006 | GR | G | ESPELAND VAN SVC | MN /06/101 | 34748 | | 02/24/2006 | $148.74 |
| 0070 | PMNT | 03/06/2006 | GR | G | ESPELAND VAN SVC | MN /06/107 | 34814 | | 03/06/2006 | $142.44 |
| 0071 | PMNT | 03/17/2006 | GR | G | Espeland Van Service | MN /06/116 | 34936 | | 03/17/2006 | $93.48 |
| 0072 | PMNT | 03/31/2006 | GR | G | Espeland Van | MN /06/126 | 34988 | | 03/31/2006 | $159.15 |
| 0073 | PMNT | 04/14/2006 | GR | G | Espeland Van Service | MN /06/137 | 35059 | | 04/14/2006 | $179.48 |
| 0074 | PMNT | 04/27/2006 | GR | G | Espeland Van | MN /06/145 | 35121 | | 04/27/2006 | $173.61 |
| 0076 | PMNT | 05/11/2006 | GR | G | Espeland Van | MN /06/155 | 35194 | | 05/11/2006 | $177.22 |
| 0077 | PMNT | 05/25/2006 | GR | G | Espeland Van Service | MN /06/164 | 35276 | | 05/25/2006 | $133.37 |
| 0078 | PMNT | 06/08/2006 | GR | G | Espeland Van Service | MN /06/172 | 35327 | | 06/08/2006 | $132.02 |
| 0079 | PMNT | 06/23/2006 | GR | G | Espeland Van Serv | MN /06/181 | 35404 | | 06/23/2006 | $160.09 |
| 0080 | PMNT | 07/24/2006 | GR | G | Espeland Van Service | MN /06/201 | 35507 | | 07/24/2006 | $7.08 |

United States Department of Justice
Consolidated Debt Collection System
Single Liability Payment History

**Report Level:** MN

**For Report Parameters:** 2000B43538 , 001 , 941120

| **CDCS NBR** | 2000B43538/001 | **Name** | Winkels, Peter T. | **Collect Type** | WA | **Court Nbr** | 00-485 PAM | **Priority Code** | **Scheduled Payment Amount** | **Scheduled Payment Date** | **Current Liability** | $0.00 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Seq Finance | Finance Code | Received Date | Payment Form | Received By Usao | Received From | Deposit Nbr | Check Nbr | Bop Deposit Nbr | Payment Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 0081 | PMNT | 08/03/2006 | GR | G | Espeland Van Service | MN /06/207 | 35624 | | 08/03/2006 | $194.84 |
| 0083 | PMNT | 08/17/2006 | GR | G | Espeland Van Serv | MN /06/216 | 35689 | | 08/17/2006 | $187.02 |
| 0084 | PMNT | 08/31/2006 | GR | G | Espeland Van Serv | MN /06/226 | 35727 | | 08/31/2006 | $182.81 |
| 0085 | PMNT | 09/14/2006 | GR | G | Espeland Van Service | MN /06/235 | 35820 | | 09/14/2006 | $166.59 |
| 0086 | PMNT | 09/29/2006 | GR | G | Espeland Van Service | MN /06/244 | 35865 | | 09/29/2006 | $189.48 |
| 0087 | PMNT | 10/12/2006 | GR | G | Espeland Van Service | MN /07/009 | 35924 | | 10/12/2006 | $202.94 |
| 0088 | PMNT | 10/27/2006 | GR | G | Espeland Van Service | MN /07/020 | 35996 | | 10/27/2006 | $207.52 |
| 0089 | PMNT | 11/13/2006 | GR | G | Espeland Van Service | MN /07/029 | 36050 | | 11/13/2006 | $166.59 |
| 0090 | PMNT | 11/24/2006 | GR | G | Espeland Van Service | MN /07/037 | 36138 | | 11/24/2006 | $192.52 |
| 0091 | PMNT | 12/08/2006 | GR | G | ESPELAND VAN SVC | MN /07/045 | 36220 | | 12/08/2006 | $186.89 |
| 0092 | PMNT | 12/21/2006 | GR | G | ESPELAND VAN SVC | MN /07/052 | 36290 | | 12/21/2006 | $213.36 |
| 0093 | PMNT | 01/22/2007 | GR | G | ESPELAND VAN SVC | MN /07/069 | 36344 | | 01/22/2007 | $164.16 |
| 0094 | PMNT | 01/22/2007 | GR | G | ESPELAND VAN SVC | MN /07/069 | 36401 | | 01/22/2007 | $175.37 |
| 0095 | PMNT | 02/01/2007 | GR | G | Espeland Van Serv | MN /07/074 | 36468 | | 02/01/2007 | $216.58 |
| 0096 | PMNT | 02/15/2007 | GR | G | Espeland Van Service | MN /07/082 | 36544 | | 02/15/2007 | $238.71 |
| 0097 | PMNT | 03/01/2007 | CH | Y | Espeland Van Serv | MN /07/091 | 36601 | | 03/01/2007 | $198.32 |

# United States Department of Justice
# Consolidated Debt Collection System

## Single Liability Payment History

**Report Level:** MN

**For Report Parameters:** 2000B43538 , 001 , 941120

| **CDCS NBR** | | **Name** | | **Collect Type** | | **Court Nbr** | | **Priority Code** | **Scheduled Payment Amount** | **Scheduled Payment Date** | **Current Liability** | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2000B43538/001 | | Winkels, Peter T. | | WA | | 00-485 PAM | | | | | $0.00 |

| Seq Finance | Finance Code | Received Date | Payment Form | Received By Usao | Received From | Deposit Nbr | Check Nbr | Bop Deposit Nbr | Payment Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 0098 | PMNT | 03/15/2007 | GR | G | Espeland Van Serv | MN /07/099 | 36657 | | 03/15/2007 | $141.16 |
| 0099 | PMNT | 04/02/2007 | GR | G | Espeland Van Service | MN /07/108 | 36720 | | 04/02/2007 | $160.62 |
| 0100 | PMNT | 04/17/2007 | GR | G | Espeland Van | MN /07/119 | 36779 | | 04/17/2007 | $187.19 |
| 0101 | PMNT | 04/26/2007 | GR | G | Espeland Van Service | MN /07/124 | 36842 | | 04/26/2007 | $82.49 |
| 0102 | PMNT | 05/21/2007 | GR | G | Espeland Van Serv | MN /07/138 | 36906 | | 05/21/2007 | $162.93 |
| 0103 | PMNT | 05/29/2007 | GR | G | Espeland Van Service | MN /07/141 | 36954 | | 05/29/2007 | $163.75 |
| 0104 | PMNT | 06/07/2007 | GR | G | Espeland Van Serv | MN /07/147 | 37018 | | 06/07/2007 | $161.53 |
| 0105 | PMNT | 06/25/2007 | GR | G | Espeland Van | MN /07/154 | 37096 | | 06/25/2007 | $145.07 |
| 0106 | PMNT | 07/09/2007 | GR | G | ESPELAND VAN SVC | MN /07/163 | 37155 | | 07/09/2007 | $180.63 |
| 0107 | PMNT | 07/20/2007 | GR | G | ESPELAND VAN SVC | MN /07/168 | 37201 | | 07/20/2007 | $145.49 |
| 0109 | PMNT | 08/22/2007 | GR | G | ESPELAND VAN SVC | MN /07/186 | 37268 | | 08/22/2007 | $186.96 |
| 0110 | PMNT | 08/22/2007 | GR | G | ESPELAND VAN SVC | MN /07/186 | 37302 | | 08/22/2007 | $148.73 |
| 0111 | PMNT | 09/04/2007 | GR | G | Espeland Van Serv | MN /07/189 | 37355 | | 09/04/2007 | $198.42 |
| 000114 | PMNT | 10/09/2007 | GR | G | Espeland Van Service | MN200800 1 | 37454 | | 10/16/2007 | $103.46 |
| 000115 | PMNT | 10/09/2007 | GR | G | Espeland Van Service | MN200800 1 | 37455 | | 10/16/2007 | $208.04 |

# United States Department of Justice
# Consolidated Debt Collection System

## Single Liability Payment History

**Report Level:** MN

**For Report Parameters:** 2000B43538 ,001 ,941120

| **CDCS NBR** | 2000B43538/001 | **Name** | Winkels, Peter T. | **Collect Type** | WA | **Court Nbr** | 00-485 PAM | **Priority Code** | | **Scheduled Payment Amount** | | **Scheduled Payment Date** | | **Current Liability** | $0.00 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Seq Finance | Finance Code | Received Date | Payment Form | Received By Usao | Received From | Deposit Nbr | Check Nbr | Bop Deposit Nbr | Payment Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 000117 | PMNT | 10/24/2007 | GR | G | Espeland Van Service | MN200801 1 | 37519 | | 10/30/2007 | $202.92 |
| 000119 | PMNT | 10/29/2007 | GR | G | Espeland Van Service | MN200801 3 | 37564 | | 11/05/2007 | $183.52 |
| 000121 | PMNT | 11/13/2007 | GR | G | ESPELAND VAN SVC | MN200801 8 | 37624 | | 11/20/2007 | $173.80 |
| 000123 | PMNT | 12/13/2007 | GR | G | ESPELAND VAN SVC | MN200803 3 | 37711 | | 12/19/2007 | $190.24 |
| 000125 | PMNT | 12/13/2007 | GR | G | ESPELAND VAN SVC | MN200803 3 | 37755 | | 12/19/2007 | $156.91 |
| 000128 | PMNT | 01/03/2008 | GR | G | Espeland Vang Servic | MN200804 3 | 37829 | | 01/08/2008 | $160.46 |
| 000129 | PMNT | 01/03/2008 | GR | G | Espeland Van Servic | MN200804 3 | 37869 | | 01/08/2008 | $183.62 |
| 000131 | PMNT | 01/22/2008 | GR | G | ESPELAND VAN SVC | MN200805 2 | 37937 | | 01/29/2008 | $154.30 |
| 000133 | PMNT | 02/12/2008 | GR | G | Espeland Van Service | MN200806 1 | 37984 | | 02/20/2008 | $207.35 |
| 000135 | PMNT | 02/15/2008 | GR | G | Espeland Van Service | MN200806 2 | 38038 | | 02/21/2008 | $134.29 |
| 000137 | PMNT | 03/06/2008 | GR | G | Espeland Van Service | MN200807 | 38108 | | 03/12/2008 | $182.11 |

# United States Department of Justice
# Consolidated Debt Collection System

## Single Liability Payment History

**Report Level:** MN

**For Report Parameters:** 2000B43538 ,001 ,941120

| CDCS NBR | | Name | | Collect Type | | Court Nbr | | Priority Code | Scheduled Payment Amount | Scheduled Payment Date | Current Liability | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2000B43538/001 | | Winkels, Peter T. | | WA | | 00-485 PAM | | | | | $0.00 |

| Seq Finance | Finance Code | Received Date | Payment Form | Received By Usao | Received From | Deposit Nbr | Check Nbr | Bop Deposit Nbr | Payment Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 2 | | | | |
| 000139 | PMNT | 03/26/2008 | GR | G | Espeland Van Service | MN200808 0 | 38201 | | 04/01/2008 | $121.12 |
| 000141 | PMNT | 03/31/2008 | GR | G | Espeland Van Service | MN200808 1 | 38205 | | 04/04/2008 | $117.11 |
| 000143 | PMNT | 04/11/2008 | GR | G | Espeland Van Service | MN200808 | 38280 | | 04/16/2008 | $114.57 |